647 A.2d 106

Charles BARKLEY et al.

v.

Milton SOMMERS et al.

No. 139, Sept. Term, 1993.

Court of Appeals of Maryland.

March 4, 1994.

---

Saul E. Kerpelman, Baltimore, for appellant.

John F. X. Costello (McCarthy, Bacon & Costello, on brief), Lanham; Irwin E. Weiss, Baltimore, for Maker and Gillison T/A Fidelity Associates.

Submitted before MURPHY, C.J., and ELDRIDGE, RODOWSKY, CHASANOW, KARWACKI, BELL and RAKER, JJ.

## ORDER

The Court having considered the motion to dismiss writ of certiorari and the answer filed thereto in the above captioned case, it is this 4th day of March, 1994,

ORDERED, by the Court of Appeals of Maryland, that the motion be, and it is hereby, granted and the writ of certiorari is dismissed with costs, the petition having been improvidently granted, and it is further

ORDERED, that the case be remanded to the Court of Special Appeals for a determination of the merits of the appeal.